PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Gary Erwin Douglass          Docket No.     2:12CR00050-001
                                                                2:12cr00049-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Gary Erwin Douglass, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 11th day of June 2012, under the following conditions:

**Condition #25:** Inpatient Treatment: Defendant shall participate in an intensive inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant aborted inpatient treatment on June 20, 2012.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   06/20/2012 |
| by | s/Erik Carlson |
|  | Erik Carlson U.S. Probation Officer |

THE COURT ORDERS

[ ]     No Action
[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

June 20, 2012

Date